Filed 7/9/13  P. v. Regla-Ramirez CA4/2

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

**IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA**

**FOURTH APPELLATE DISTRICT**

**DIVISION TWO**

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | E058084 |
| v. | (Super.Ct.No. SWF1205417) |
| RAUL REGLA-RAMIREZ, | OPINION |
| Defendant and Appellant. | |

APPEAL from the Superior Court of Riverside County.  Angel M. Bermudez, Judge.  Affirmed.

Jamie Popper, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Pursuant to a plea agreement, defendant and appellant Raul Regla-Ramirez pled guilty to committing four counts of lewd acts on a child under the age of 14 years with force of fear.  (Pen. Code, § 288, subd. (b).)  In exchange, the remaining allegations were dismissed, and defendant was sentenced to a stipulated term of 30 years in state

1

prison with credit for time served. Defendant appeals from the judgment, challenging the sentence or other matters occurring after the plea. We find no error and affirm.

I

FACTUAL AND PROCEDURAL BACKGROUND

From February 2004 through February 2011, defendant willfully and unlawfully committed lewd acts on Jane Doe, a child under the age of 14, with the intent of arousing or gratifying his lusts or sexual desires.

On October 29, 2012, an amended felony complaint was filed charging defendant with three counts of committing a lewd act on a child under the age of 14 years (Pen. Code, § 288, subd. (a)(1), counts 1-3); one count of engaging in sexual intercourse or sodomy with a child 10 years of age or younger (Pen. Code, § 288.7, subd. (a), count 4); and one count of oral copulation or sexual penetration of a child 10 years of age or younger (Pen. Code, § 288.7, subd. (b), count 5).

At the change of plea hearing on January 30, 2013, the complaint was amended by interlineations to add four counts of lewd acts on a child under the age of 14 years with force or fear. (Pen. Code, § 288, subd. (b), counts 6-9.) Defendant subsequently pled guilty to counts 6 through 9 in exchange for a stipulated 30-year sentence and the dismissal of the remaining allegations. The trial court found that the guilty plea was entered into freely and voluntarily and that defendant knowingly and intelligently waived his rights. Defendant was thereafter immediately sentenced in accordance with his plea agreement and awarded credit of 144 days for time served. The trial court

2

also imposed a restitution fine in the amount of $240, and imposed and stayed a parole revocation restitution fine in the same amount.

On February 13, 2013, defendant filed a notice of appeal, challenging the sentence or other matters occurring after the plea.

II

DISCUSSION

Defendant appealed and, upon his request, this court appointed counsel to represent him. Counsel has filed a brief under the authority of *People v. Wende* (1979) 25 Cal.3d 436 and *Anders v. California* (1967) 386 U.S. 738, setting forth a statement of the case, a summary of the facts and potential arguable issues, and requesting this court conduct an independent review of the record.

We offered defendant an opportunity to file a personal supplemental brief, but he has not done so. Pursuant to the mandate of *People v. Kelly* (2006) 40 Cal.4th 106, we have independently reviewed the record for potential error and find no arguable issues.

III

DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

RAMIREZ
P. J.

We concur:

HOLLENHORST
J.

McKINSTER
J.

4